## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption: _Geneia Rice_
_Walter Parker_

_Full name(s) of Plaintiff(s)_

v.

_KBR_

_Full name(s) of Defendant(s)_

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO. _I00300381_
_I00300385_

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

_____ Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

FILED
HARRISBURG, PA

SEP 0 3 2021

PER ___IBS___
DEPUTY CLERK

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

## I.    Parties in this complaint:

A.    List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff    Name: Gencia Rice + Walter Parker
Street Address: 1690 Lakeside Dr.
County, City: Dauphin County, Middletown
State & Zip: Pennsylvania, 17057
Telephone Number:

B.    List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant    Name: KBR
Street Address: 601 Jefferson St.
County, City: Harris County, Houston
State & Zip: Texas, 77002
Telephone Number: 713-753-3011

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: KBR
Street Address: 5450 Carlise Pike Bldg 112
County, City: Cumberland County, Mechanicsburg
State & Zip: Pennsylvania, 17057
Telephone Number: 717-526-8074

## II.    Statement of the Claim

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____    Failure to hire me

_____    Termination of my employment

_____    Failure to promote me

_✓_ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

_✓_ Failure to stop harassment

_✓_ Unequal terms and conditions of my employment

_✓_ Retaliation

_✓_ Other (*specify*): racial discrimination

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) June , (day) 1 , (year) 2019 .

C.    I believe that the defendant(s) (check one):

_____ is still committing these acts against me.

_✓_ is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

_✓_ race African American        _____ color _____

_____ religion _____        _____ gender/sex _____

_____ national origin _____

_____ age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

Please refer to attached documents that can be found on the next two pages.

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.   Exhaustion of Administrative Remedies:**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __09|10|2020__ (*Date*).

B.   The Equal Employment Opportunity Commission (*check one*):

____   has not issued a Notice of Right to Sue Letter.
__✓__   issued a Notice of Right to Sue Letter, which I received on __06|17|2021__(*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.   *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

____   60 days or more have passed.
____   fewer than 60 days have passed.

D.   It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: __09|10|2020__ (*Date*).

E.   Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

____   One year or more has passed.
__✓__   Less than one year has passed.

## IV.    Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____    Direct the defendant to hire the plaintiff.

_____    Direct the defendant to re-employ the plaintiff.

_____    Direct the defendant to promote the plaintiff.

_____    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____    Direct the defendant to reasonably accommodate the plaintiff's religion.

_____    Direct the defendant to (*specify*):_____

__✓__    If available, grant the plaintiff appropriate injunctive relief, lost wages,

liquidated/double damages, front pay, compensatory damages, punitive damages,

prejudgment interest, post-judgment interest, and costs, including reasonable

attorney fees and expert witness fees.

_____    Other (*specify*):_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2nd day of September, 2021.

Signature of Plaintiff   *Geneva Rice, Walterauka*
Address                  1690 Lakeside Dr.
                         Middletown, PA 17057

Telephone number   717-343-6351 , 717-343-6298
Fax number (*if you have one*)  _____

## VII. CAUSE OF ACTION

Brief description of cause (Attachment)

We filed complaints with the OFFCP against KBR on 09/10/2020 due to the unbearable hostile workplace. After experiencing sexual harassment/harassment; racial discrimination; retaliation; and facing constant humiliation during employment and nothing being done. We reported these things to the site manager Randall Spahr on numerous occasions. Mr. Spahr was negligent with these claims. By failing to properly report, handle, and mediate the issues and engaging in the acts causing the hostile work environment.

Upon a successful completion of an investigation conducted by Brooke Sensenig with the OFCCP, KBR was found guilty of causing a hostile work environment. We are seeking monetary settlement for lost wages and mental anguish.