IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENEIA RICE and WALTER PARKER,** | : | Civil No. 1:21-CV-1528 |
| Plaintiffs, | : | |
| v. | : | |
| **KBR,** | : | |
| Defendant. | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 23rd day of March 2023, upon consideration of KBR's motion for summary judgment (Doc. 33), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiffs' remaining claims are dismissed with prejudice.

The clerk of court is directed to close this case. **IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge